JS 44
(Rev. 12/96)

# CIVIL COVER SHEET   B-01-014

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ONE (1) 1995 KENWORTH TRACTOR
VIN NO. 1XKWDB9X1SR654535

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
RONALD G. MORGAN
U.S. ATTORNEY'S OFFICE
600 E. HARRISON STREET, #201, BROWNSVILLE, TX 78520
(956) 548-2554

ATTORNEYS (IF KNOWN)
EDMUND K. CYGANIEWICZ
ATTORNEY AT LAW
1000 E. MADISON
BROWNSVILLE TX 78520

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## VI. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | FEDERAL TAX SUITS | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)
21 USC § 881

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 1-19-1

SIGNATURE OF ATTORNEY OF RECORD
Ronald G. Morgan

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc

ClibPDF - www.fastio.com

United States District C...
Southern District of T...
FILED

JAN 19 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. B-01-014 |
| | § | |
| ONE 1995 KENWORTH TRACTOR | § | |
| VIN No. 1XKWDB9X1SR654535 | § | |
| Defendant. | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America, Plaintiff, files this Verified Complaint for Forfeiture in rem and would show as follows:

1. This is a civil action brought pursuant to the provisions of 21 U.S.C. § 881(a)(4), which provides for forfeiture of property which is used, or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of a controlled substance in violation of the controlled Substances Act, 21 U.S.C. § 801 et. seq.

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1345 and 1355; venue lies in the Southern District of Texas pursuant to 28 U.S.C. § 1395.

3. The Defendant Property, being a 1995 KENWORTH TRACTOR Vehicle Identification Number (VIN) No. 1XKWDB9X1SR654535 (hereinafter the "Defendant Property") is forfeitable to the United States pursuant to the above statutes. The Defendant Property was seized on October 24, 2000, near Falfurrias, Texas from the possession of NATHANIEL LIGGINS, Jr.

4. On October 24, 2000, NATHANIEL LIGGINS, Jr., was driving the Defendant

Property when it was stopped at the Border Patrol Immigration Checkpoint near Falfurrias, Texas. Because Liggins appeared nervous he was referred to the secondary inspection point. A drug detection dog alerted on Defendant Property. An inspection of the Defendant Property revealed a hidden compartment in the sleeper portion of the truck containing approximately 1461 pounds of cocaine. As a result of this discovery, the Defendant Property and the utility trailer were seized by the Drug Enforcement Administration.

5.   According to the Texas Certificate of Title, Defendant Property is owned by CESAR LOPEZ, Jr., BDA TWO STEP EXPRESS, with an address of PO Box 164, Santa Rosa, Texas 78593. No lien is shown on the certificate of title. On information and belief, the Government avers that the utility trailer was returned to the lien holder, PACCAR Financial.

6.   On November 14, 2000, NATHANIEL LIGGINS, Jr. was indicted for possessing with the intent to distribute more than five kilograms, that is approximately 663 kilograms of cocaine. This cocaine was the same cocaine contained in the Defendant Property when it was stopped on October 24, 2000.

7.   On or about December 1, 2000, Cesar Lopez, as Claimant, submitted a Claim of Ownership to the Defendant Property.

8.   On December 28, 2000, NATHANIEL LIGGINS, Jr., pled guilty to the November 14, 2000, indictment.

9.   The Defendant Property was used, or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of an illegal controlled substance in violation of 21 U.S.C. § 801 et. seq. and is therefore

subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4).

WHEREFORE, Plaintiff prays that:

1. Monition issue according to the normal procedure of the Court, citing all persons having an interest in the above described Defendant Property, to appear on the return day of process by filing a claim within ten (10) days from execution of process and an answer within twenty (20) days thereafter pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims;

2. That judgment of forfeiture be decreed against the Defendant Property;

3. That upon final order of forfeiture the Defendant Property be disposed of by the U.S. Marshals Service in accordance with law; and

4. For Costs and other such and further relief to which the Plaintiff may be entitled.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____
RONALD G. MORGAN
Assistant United States Attorney
Fed Bar No. 23902
TX Bar No. 00795014
600 East Harrison, Ste. 201
Brownsville, Texas 78521
Tel :(956) 983-6011
Fax: (956) 548-2711

## VERIFICATION

I, AMANDA DAVIS, upon oath declare and say that:

1. I am a Special Agent with the Drug Enforcement Administration, and I am one of the agents responsible for the investigation concerning this litigation.

2. I have read the above Complaint for Forfeiture.

3. I have furnished the information leading to the allegations contained in the Complaint for Forfeiture.

4. Based on my investigation, the information and allegations contained in the Complaint for Forfeiture are true and correct and establish probable cause to seize and forfeit the Defendant Property as set forth therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 11th Day of January, 2001.

_____
AMANDA DAVIS
Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me on this the 11th day of January, 2001.

_____
Notary Public for the States of Texas

My commission expires on 07/26/03.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above **VERIFIED COMPLAINT FOR FORFEITURE *IN REM*** was sent via first-class mail, return receipt requested, to the individuals listed below on this **19th** day of ___January___ 2001.

EDMUND K. CYGANIEWICZ
Attorney for Claimant
1000 East Madison
Brownsville, Texas 78520

CESAR LOPEZ, Jr.
DBA Two Step Express
PO Box 164
Santa Rosa, Texas 78593

_____
RONALD G. MORGAN
Assistant U.S. Attorney

5

**COPY**

# WARRANT OF SEIZURE AND MONITION
## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

**To the United Marshals Service or any designated agent:**

    **WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MERVYN M. MOSBACKER, United States Attorney for said district, on behalf of the United States of America, against the following described property:

One 1995 KENWORTH TRACTOR Vehicle Identification Number (VIN) No. 1XKWDB9X1SR654535

and praying that all person interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

    **YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of Brownsville within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| Hilda G. Tagle | BROWNSVILLE, TEXAS |
| **DATE:** | **CLERK:** MICHAEL N. MILBY |
| 1/19/01 | **BY DEPUTY CLERK:** O. H. Aldape |

RETURNABLE ____ DAY AFTER ISSUE.

## SERVICE RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| U.S. MARSHAL: | BY DEPUTY MARSHAL: |

AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

UNITED STATES OF AMERICA

V.

ONE 1995 KENWORTH TRACTOR
VIN NO. 1XKWDB9X1SR654535

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-01-014

TO: (Name and Address of Defendant)

Cesar Lopez, Jr.
DBA Two Step Express
c/o Edmund K. Cyganiewicz
Attorney At Law
1000 E. Madison
Brownsville, TX 78520

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Ronald G. Morgan
Assistant United States Attorney
United States Attorney
600 E. Harrison Street, #201
Brownsville, TX 78520

an answer to the complaint which is herewith served upon you, within __ten (10)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk                         1/19/01

CLERK                                           DATE

_____
BY DEPUTY CLERK