5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA   * | |
| Plaintiff, | |
| vs.                          * | CIVIL NO. B-01-014 |
| ONE 1995 KENWORTH TRACTOR   * | |
| VIN # 1XKWDB9X1SR654535 | |
| Defendant. | |

## VERIFIED ANSWER OF OWNER/CLAIMANT CESAR LOPEZ, JR.

The owner/claimant of the tractor described above, Mr. Cesar Lopez, Jr. DBA Two Step Express, files this verified answer, and would show as follows:

1  The undersigned counsel for Cesar Lopez, Jr. has conferred with Assistant U.S. Attorney Ronald Morgan, and there is an agreement between the parties that this answer could be filed by February 9, 2001.

2  Cesar Lopez, Jr. is the owner of the 1995 Kenworth Tractor Vehicle, Identification Number (VIN) 1XKWDB9X1SR654535 (hereinafter referred to as the "Defendant Property").

3. Cesar Lopez, Jr. did not have possession of the defendant property at the time of its seizure and had no knowledge that the defendant property was being used or was intended to be used to transport any illegal controlled substances.  The defendant property is a conveyance used as a common carrier and any acts by others in violation of the law was committed without knowledge, consent or the willful blindness of Cesar Lopez, Jr.

4. Cesar Lopez, Jr. is an innocent owner of the defendant property and is requesting that it be returned to him.   The defendant property is a conveyance used as a common carrier and as owner Cesar Lopez, Jr. was not a consenting party or party to any violations of law.

5. Cesar Lopez, Jr. has not been charged with any criminal wrong doing and had no knowledge that Nathaniel Liggins, Jr. was intending to use the defendant property to transport illegal controlled substance.

6. Cesar Lopez, Jr. had no knowledge of any hidden compartment in the defendant property.

WHEREFORE, Cesar Lopez, Jr. DBA Two Step Express, the owner and claimant of the defendant property respectfully prays that:

1. That judgement be decreed in his favor and that the defendant property be returned without cost; and,

2. For costs and other such and further relief to which he may be entitled.

Respectfully submitted,

_____
EDMUND K. CYGANIEWICZ
Bar No. 05300050
1000 E. Madison
Brownsville, Texas 78520
Telephone: (956) 541-5995
Facsimile: (956) 542-4475

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of February 2001, a true and correct copy of the foregoing Verified Answer of Owner/Claimant was forwarded to the U.S. Attorney's Office, 600 East Harrison No. 201, Brownsville, Texas 78520.

_____
EDMUND K. CYGANIEWICZ

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with plaintiff's attorney, Assistant U.S. Attorney, Ronald Morgan, and the re has been an agreement between the parties that the filing of this verified answer be extended until February 9, 2001.

_____
Edmund K. Cyganiewicz
Attorney for Owner/Claimant

# VERIFICATION

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned Notary Public, on this day personally appeared CESAR LOPEZ, JR., who, being by me duly sworn on his oath deposed and said that he is the owner/claimant of the "defendant property" in the above-entitled and numbered cause; has read the above Verified Answer of Owner/Claimant; and that the allegations contained therein are within his personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME, on the 7th day of February, 2001, to certify which witness my hand and official seal.

_____
Cesar Lopez, Jr.

_____
Notary Public, State of Texas
Connie L. Chavez
My commission expires: 01/16/02

SEAL

[Notary Seal: CONNIE L. CHAVEZ, Notary Public, State of Texas, My Commission Expires JAN. 16, 2002]