

United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA     *
                 Plaintiff,   *
                              *
vs.                           *          CIVIL NO. B-01-014
                              *
ONE 1995 KENWORTH TRACTOR     *
VIN # 1XKWDB9X1SR654535        *
                 Defendant.   *

## UNOPPOSED MOTION FOR LEAVE TO FILE
## FIRST AMENDED ANSWER OUT OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Cesar Lopez, Jr., owner/claimant in the above-entitled cause by and

through his attorney of record and files this his Unopposed Motion for Leave to File First

Amended Answer out of time and for cause would show the following:

I

The undersigned counsel represents the owner/claimant of the defendant property in

question, Mr. Cesar Lopez, Jr.

II

The undersigned counsel has attached a First Amended Answer for filing out of time.

III

The undersigned counsel has conferred with Assistant U.S. Attorney Ronald Morgan and

he is not opposed to the answer being filed out of time.

WHEREFORE, Cesar Lopez, Jr., DBA Two Step Express, the owner and claimant of the defendant property respectfully prays that this motion be in all things granted.

Respectfully submitted,

EDMUND K. CYGANIEWICZ
Bar No. 05300050
1000 E. Madison
Brownsville, Texas 78520
Telephone: (956) 541-5995
Facsimile: (956) 542-4475

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of February 2001, a true and correct copy of the foregoing Unopposed Motion for Leave to File Answer Out of Time was forwarded to the U.S. Attorney's Office, 600 East Harrison No. 201, Brownsville, Texas 78520.

EDMUND K. CYGANIEWICZ

# CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with plaintiff's attorney, Assistant U.S. Attorney,

Ronald Morgan, and he is unopposed to the filing of this  Motion for Leave to File First

Amended Answer Out of Time.

Edmund K. Cyganiewicz
Attorney for Owner/Claimant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL NO. B-01-014 |
| | * | |
| ONE 1995 KENWORTH TRACTOR | * | |
| VIN # 1XKWDB9X1SR654535 | * | |
| Defendant. | * | |

# O RD E R

On this the _____ day of _____, 2001, came to be considered the Defendant's

Unopposed Motion for Leave to File First Amended Answer Out of Time and this court after

careful consideration is of the opinion that said motion should be is hereby GRANTED.

IT IS THEREFORE ordered that the Defendant's First Amended Answer be allowed to

be filed out of time.

SIGNED this the _____ day of _____, 2001.


_____
PRESIDING JUDGE