UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff, | | |
| vs. | * | CIVIL NO. B-01-014 |
| ONE 1995 KENWORTH TRACTOR VIN # 1XKWDB9X1SR654535 | * | |
| Defendant. | | |

### FIRST AMENDED ANSWER OF OWNER/CLAIMANT CESAR LOPEZ, JR.

The owner/claimant of the tractor described above, Mr. Cesar Lopez, Jr. DBA Two Step Express, files this answer, and would show as follows:

1. The undersigned counsel for Cesar Lopez, Jr. has conferred with Assistant U.S. Attorney Ronald Morgan, and there is an agreement between the parties that this claim could be filed out of time.

2. Cesar Lopez, Jr., admits to the matters contained in paragraph 1 of the verified complaint except that he had no knowledge of any illegal activity.

3. Cesar Lopez, Jr. admits to the matters contained in paragraph 2 of the verified complaint.

4. Cesar Lopez, Jr. admits to the matters contained in paragraph 3 of the verified complaint.

5. Cesar Lopez, Jr. admits to the matters contained in paragraph 4 of the verified complaint.

6. Cesar Lopez, Jr. admits to the matters contained in paragraph 5 of the verified complaint.

7. Cesar Lopez, Jr. admits to the matters contained in paragraph 6 of the verified complaint.

8. Cesar Lopez, Jr. admits to the matters contained in paragraph 7 of the verified complaint.

9. Cesar Lopez, Jr. admits to the matters contained in paragraph 8 of the verified complaint.

10. Cesar Lopez, Jr. admits to the matters contained in paragraph 11 of the verified complaint.

11. As an affirmative defense, Cesar Lopez, Jr., denies that he had any knowledge that the property in question was being used for illegal purposes.

WHEREFORE, Cesar Lopez, Jr., DBA Two Step Express, the owner and claimant of the defendant property respectfully prays that:

1. That judgement be decreed in his favor and that the defendant property be returned without cost; and,

2. For costs and other such and further relief to which he may be entitled.

Respectfully submitted,

_____
EDMUND K. CYGANIEWICZ
Bar No. 05300050
1000 E. Madison
Brownsville, Texas 78520
Telephone: (956) 541-5995
Facsimile: (956) 542-4475

Fed To #2243

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2001, a true and correct copy of the foregoing First Amended Answer of Owner/Claimant was forwarded to the U.S. Attorney's Office, 600 East Harrison No. 201, Brownsville, Texas 78520.

_____
EDMUND K. CYGANIEWICZ

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with plaintiff's attorney, Assistant U.S. Attorney, Ronald Morgan, and there has been an agreement between the parties that the filing of this First Amended Answer out of time be allowed.

_____
Edmund K. Cyganiewicz
Attorney for Owner/Claimant