

United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA       *
      Plaintiff,

vs.                       *      CIVIL NO. B-01-014

ONE 1995 KENWORTH TRACTOR      *
VIN # 1XKWDB9X1SR654535
      Defendant.

## VERIFIED CLAIM OF CESAR LOPEZ, JR.

The owner/claimant of the tractor described above, Mr. Cesar Lopez, Jr. DBA Two Step Express, files this verified claim, and would show as follows:

1 The undersigned counsel for Cesar Lopez, Jr. has conferred with Assistant U.S. Attorney Ronald Morgan, and there is an agreement between the parties that this claim could be filed out of time.

2 Cesar Lopez, Jr. is the owner of the 1995 Kenworth Tractor Vehicle, Identification Number (VIN) 1XKWDB9X1SR654535 (hereinafter referred to as the "Defendant Property").

3. Cesar Lopez, Jr. did not have possession of the defendant property at the time of its seizure and had no knowledge that the defendant property was being used or was intended to be used to transport any illegal controlled substances. The defendant property is a conveyance used as a common carrier and any acts by others in violation of the law was committed without knowledge, consent or the willful blindness of Cesar Lopez, Jr.

4. Cesar Lopez, Jr. is an innocent owner of the defendant property and is requesting that it be returned to him. The defendant property is a conveyance used as a common carrier and as owner Cesar Lopez, Jr. was not a consenting party or party to any violations of law.

ClibPDF - www.fastio.com

5.    Cesar Lopez, Jr. has not been charged with any criminal wrong doing and had no knowledge that Nathaniel Liggins, Jr. was intending to use the defendant property to transport illegal controlled substance.

6.    Cesar Lopez, Jr. had no knowledge of any hidden compartment in the defendant property.

WHEREFORE, Cesar Lopez, Jr. DBA Two Step Express, the owner and claimant of the defendant property files this his verified claim.

Respectfully submitted,

EDMUND K. CYGANIEWICZ
Bar No. 05300050
1000 E. Madison
Brownsville, Texas 78520
Telephone:  (956) 541-5995
Facsimile:  (956) 542-4475

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of February 2001, a true and correct copy of the foregoing Verified Claim was forwarded to the U.S. Attorney's Office, 600 East Harrison No. 201, Brownsville, Texas 78520.

EDMUND K. CYGANIEWICZ

ClibPDF - www.fastio.com

# CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Plaintiff's attorney, Assistant U.S. Attorney, Ronald Morgan, and there has been an agreement between the parties that the filing of this verified claim be allowed out of time.

Edmund K. Cyganiewicz

## VERIFICATION

STATE OF TEXAS

COUNTY OF CAMERON

BEFORE ME, the undersigned Notary Public, on this day personally appeared CESAR

LOPEZ, JR., who, being by me duly sworn on his oath deposed and said that he is the

owner/claimant of the "defendant property" in the above-entitled and numbered cause; has read

the above Verified Claim; and that the allegations contained therein are within his personal

knowledge and are true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME, on the 20th day of February, 2001, to

certify which witness my hand and official seal.

Cesar Lopez, Jr.

Notary Public, State of Texas
Connie L. Chavez
My commission expires: 01/16/02

**SEAL**

CONNIE L. CHAVEZ
Notary Public, State of Texas
My Commission Expires
JAN. 16, 2002