9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
|     Plaintiff, | * |
| | * |
| vs. | *    CIVIL NO. B-01-014 |
| | * |
| ONE 1995 KENWORTH TRACTOR | * |
| VIN # 1XKWDB9X1SR654535 | * |
|     Defendant. | * |

# O R D E R

On this the ___ day of _July_, 2001, came to be considered the Defendant's Unopposed Motion for Leave to File First Amended Answer Out of Time and this court after careful consideration is of the opinion that said motion should be is hereby GRANTED.

IT IS THEREFORE ordered that the Defendant's First Amended Answer be allowed to be filed out of time.

SIGNED this the ___ day of _July_, 2001.

_____
PRESIDING JUDGE

ClibPDF - www.fastio.com