/ /

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| United States of America, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-01-014 |
| One 1995 Kenworth Tractor VIN No. 1XKWDB9X1SR654535 | § § § | |
| Defendants. | § § | |

## ORDER

BE IT REMEMBERED, that on April 20, 2001 the Court **REFERRED** this case to United States Magistrate Judge Felix Recio for management through trial. Judge Recio will conduct the initial pretrial conference, enter a scheduling order, hold any necessary hearings, and complete report and recommendations on dispositive motions,

If, by the time the case is ready for trial, the Parties have not consented to trial by the magistrate judge, the trial will be promptly set before United States District Judge Hilda G. Tagle.

DONE at Brownsville, Texas, this 20th day of April 2001.

_____
Hilda G. Tagle
United States District Judge