/2

# Felix Recio, Judge Presiding
# Southern District of Texas, Brownsville Division

United States District Court
Southern District Texas
FILED

MAY 2 5 2001

Law Clerk:      Jessica R Dart

Michael N. Milby
Clerk of Court

Date:           May 25, 2001, 9:30 am

------------------------------------------------------------------

# C.A. NO. B-01-014(HGT)

------------------------------------------------------------------

UNITED STATES OF AMERICA                  *    Ronald G Morgan
                vs                         *
ONE 1995 KENWORTH TRACTOR                  *
VIN NO 1XWDB9X1SR654535


Owner/Claimant: Cesar Lopez, Jr.,          *    Edmund K Cyganiewicz
                DBA Two Step Express

------------------------------------------------------------------

## INITIAL PRETRIAL CONFERENCE

Attorneys Morgan and Cyganiewicz appeared.

28 U.S.C. 636(c) Consent submitted.

The parties requested an agreed continuance for 90 days to allow ancillary
investigation to proceed, pursuant to 18 USC 981(G)(2). Request granted.

An order shall be issued resetting the scheduling conference.