==================================================================
UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS
==================================================================

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * C.A. NO. B-01-014 | United States District Court<br>Southern District of Texas<br>ENTERED<br>MAY 3 1 2001<br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| VS | * | |
| ONE 1995 KENWORTH TRACTOR<br>VIN NO 1XKWDB9X1SR654535 | * | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Claimant Cesar Lopez, Jr. | 5/25/01 |
| [signature] | Plaintiff | 5/25/01 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

5/30/01
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.