*14*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**MAY 3 1 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| VS * | C.A. NO. B01-014 |
| * | |
| ONE 1995 KENWORTH TRACTOR * | |
| VIN NO. 1XKWDB9X1SR654535 * | |

## ORDER SETTING CONFERENCE

An initial pretrial conference in above-captioned and numbered cause of action is hereby set for **August 29, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 25th day of May 2001.

_____
Felix Recio
United States Magistrate Judge