/5

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUL 2 6 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-014 |
| | * | |
| ONE 1995 KENWORTH TRACTOR | * | |
| VIN NO.1XKWDB9X1SR654535 | * | |

## ORDER RESETTING CONFERENCE

The initial pretrial conference, in the above-captioned and numbered cause of action, is hereby reset from August 29, 2001, to **September 12, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 26th day of July 2001.

Felix Recio
United States Magistrate Judge