/16

# CHAMBERS MINUTES

**Felix Recio, Judge Presiding**
**SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED
SEP 12 2001
Michael N. Milby
Clerk of Court

Law Clerk:    Ryan A. Bryd

Date:    Sep 12, 2001, 2:00 pm

------------------------------------------------------------

## C.A. NO. B-01-014(636(c))

------------------------------------------------------------

UNITED STATES OF AMERICA              *    Ronald G Morgan
            vs
ONE 1995 KENWORTH TRACTOR             *
VIN NO 1XWDB9X1SR654535

Owner/Claimant: Cesar Lopez, Jr.,     *    Edmund K Cyganiewicz
        DBA Two Step Express

------------------------------------------------------------

## INITIAL PRETRIAL CONFERENCE

Attorneys Morgan and Cyganiewicz appeared.

Oral motion for continuance (90 days) made by the parties.

Motion granted.  Conference reset for December 28, 2001, at 2:00 p.m.