*17*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-01-014 |
| | * | (636(c)) |
| ONE 1995 KENWORTH TRACTOR | * | |
| VIN NO.1XKWDB9X1SR654535 | * | |

## ORDER RESETTING CONFERENCE

On oral request of the parties, the initial pretrial conference, in the above-captioned and numbered cause of action, is hereby reset to **December 28, 2001, at 2:00 p.m.**

DONE at Brownsville, Texas, this 12th day of September 2001.

_____
Felix Recio
United States Magistrate Judge