# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. B-01-014 |
| | § | |
| ONE 1995 KENWORTH TRACTOR | § | |
| VIN No. 1XKWDB9X1SR654535 | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

NOV 0 9 2001

Michael N. Milby
Clerk of Court

## UNOPPOSED MOTION FOR ENTRY OF FINAL
## ORDER OF FORFEITURE AND RELEASE

The United States of America, Plaintiff, pursuant to Rule 7 of the Federal Rules of Civil Procedure, moves this Court for entry of the attached **FINAL ORDER OF FORFEITURE AND RELEASE,** which resolves all matters before the Court in the instant case. The parties to this mater have reached a mutually agreed settlement, which disposes of all issues in the instant case and results in a full and complete settlement. Counsel for the United States has consulted with Claimant's counsel, who has authorized counsel for the United States to represent to the Court that Claimant does not oppose the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the United States of America prays that this Court grant its motion for entry of the attached order.

Respectfully submitted,

GREGORY A. SERRES
UNITED STATES ATTORNEY

By: _____
RONALD G. MORGAN
Assistant United States Attorney
Fed. Bar No. 23902, TX Bar No. 00795014
600 East Harrison Street, Ste 201
Brownsville, Texas 78521
Tel. No. (956) 548-2554
Fax No. (956) 548-2711

## CERTIFICATE OF SERVICE

I hereby certify on this the ___9th___ day of ___October___, 2001, a true and correct copy of the above **UNOPPOSED MOTION FOR ENTRY OF FINAL ORDER OF FORFEITURE AND RELEASE** was sent by first class mail to the individual listed below at the indicated address:

EDMUND K. CYGANIEWICZ
Attorney for Claimant
1000 East Madison
Brownsville, Texas 78520

RONALD G. MORGAN
Assistant U.S. Attorney