*19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 9 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. B-01-014 |
| | § | |
| ONE 1995 KENWORTH TRACTOR | § | |
| VIN No. 1XKWDB9X1SR654535 | § | |
| Defendant. | § | |

## SETTLEMENT AGREEMENT

The United States of America, through Gregory A. Serres, United States Attorney, and Ronald G. Morgan, Assistant United States Attorney, and Cesar Lopez, Jr. (hereafter "Claimant"), through his attorney, Edmund K. Cyganiewicz, hereby enter into an agreed settlement of this action relating to the forfeiture of a 1995 KENWORTH TRACTOR VIN No. 1XKWDB9X1SR654535 (hereafter "Defendant Property") under and in accordance with the following terms:

1. Claimant concedes the forfeitability of the Defendant Property;

2. The parties stipulate that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize and detain the Defendant Property and to initiate the forfeiture action against the Defendant Property.

3. The United States Government, or whoever is acting upon its behalf, shall sell the Defendant Property in the usual manner in which such property is sold;

4. The proceeds of that sale shall first be used to pay the Government's costs associated with the storage, maintenance and sale of the Defendant Property;

5. The "remainder of the proceeds" from the sale of the Defendant Property shall be remitted to Claimant by check to Claimant's attorney.

6. No representation of any type is made by the Government as to the amount to be received from the sale of the Defendant Property or as to the current costs relating to the storage, maintenance and sale of the Defendant Property.

7. As further consideration in support of this settlement, each party agrees to dismissal of this case with prejudice as to both parties.

8. Each party is to bear its own attorney fees and all costs incurred during the course of the action relating to the Defendant Property, to include the previous administrative action.

The signatories to this agreement expressly represent to the Court that they are authorized by the principals to sign this settlement agreement and to bind the principals to the terms of this agreement.

This settlement agreement constitutes a complete and final settlement between the parties and resolves all claims and issues relating to the Government's seizure of the Defendant Property. As such, Claimant releases and forever discharges the United States, its employees, representatives and agents, including, but not limited to, the Drug Enforcement Administration, the U.S. Attorney's Office and the U.S. Department of Justice, from all claims and causes of action arising out of or relating to the prosecution or settlement of this action. This paragraph, however, shall not act as a release or discharge of the obligations and duties imposed upon the parties by this Settlement Agreement. Similarly, except as provided by this agreement, the United States releases Claimant from all liability relating to the Defendant Property.

APPROVED AS TO FORM AND SUBSTANCE:

Dated: 11/9/01

| | |
|---|---|
| MERVYN M. MOSBACKER<br>UNITED STATES ATTORNEY | CESAR LOPEZ, Jr.<br>CLAIMANT |
| By: *[signature]*<br>RONALD G. MORGAN<br>Assistant U.S. Attorney<br>600 East Harrison Street, #201<br>Brownsville, Texas 78521<br>Tel. (956)548-2554<br>Fax (956) 584-2711 | By: *[signature]*<br>EDMUND K. CYGANIEWICZ<br>Counsel for Claimant<br>1000 East Madison Street<br>Brownsville, Texas 78520<br>Tel.(956)541-5995 |

2