United States District Court
Southern District of Texas
ENTERED

NOV 13 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. B-01-014 |
| | § | (636(c)) |
| ONE 1995 KENWORTH TRACTOR | § | |
| VIN No. 1XKWDB9X1SR654535 | § | |
| Defendant. | § | |

## FINAL ORDER OF FORFEITURE AND RELEASE

Upon consideration of the "Settlement Agreement" in the above styled case entered into by and between the parties to this action on the 11th day November, 2001:

IT IS HEREBY **ORDERED** that:

1. The 1995 KENWORTH TRACTOR VIN No. 1XKWDB9X1SR654535 (hereafter "Defendant Property") is forfeit to the United States;

2. The United States Government, or whoever is acting upon its behalf, shall sell the Defendant Property in the usual manner in which such property is sold;

3. The proceeds of that sale shall first be used to pay the Government's costs associated with the storage, maintenance and sale of the Defendant Property;

4. The "remainder of the proceeds" from the sale of the Defendant Property shall be remitted to Claimant by check to Claimant's attorney. The amount so paid to Claimant is the full and final payment to which Claimant is entitled relating to the Defendant Property.

5. The United States is directed to dispose of any remaining property in accordance with this order and law.

6. Based upon parties' stipulation that reasonable cause, as that term is set forth in 28 U.S.C. § 2465, existed to seize the forfeitable property, the Court finds that

reasonable cause, under 18 U.S.C. § 981 and 28 U.S.C. § 2465, existed for seizure of the 1995 KENWORTH TRACTOR VIN No. 1XKWDB9X1SR654535 and for initiation of the instant action.

7. Based upon the agreement of the parties, as reflected in and in accordance with the terms contained in the "Settlement Agreement" entered into by the parties and as referenced above, the Court orders that this matter be dismissed with prejudice as to both parties.

**ORDERED** and SIGNED this 13th day of November, 2001, at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE JUDGE

2